Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 13 C 185 | **DATE** | 6/7/2013 |
| **CASE TITLE** | Walker vs. DCFS et al. | | |

**DOCKET ENTRY TEXT**

Plaintiffs' application to proceed *in forma pauperis* is denied without prejudice. Plaintiffs have 21 days from the entry of this order to submit a complete financial affidavit, or the *in forma pauperis* application will be denied, and the case dismissed, with prejudice.

■[ For further details see text below.]  Docketing to mail notices.

# STATEMENT

Before the Court is Plaintiffs Doris J. Walker, Jimmy L. Townes and Jimmiah L. Townes ("Plaintiffs") *in forma pauperis* application. For the following reasons, the motion is denied without prejudice. Plaintiff has 21 days from the entry of this order to submit a complete financial affidavit, or the *in forma pauperis* application will be denied, and the case dismissed with prejudice.

To permit Plaintiffs to proceed *in forma pauperis*, the Court must find two things: (1) that Plaintiffs cannot pay the costs of the case; and (2) that the case is not frivolous or brought in bad faith. 28 U.S.C. § 1915(a),(e). The Court will dismiss the case if it is frivolous, malicious, or fails to state a claim upon which relief may be granted. *Id.* § 1915 (e)(2)(B) The Court liberally construes *pro se* filings, including applications to proceed *in forma pauperis*. *See Ricketts v. Midwest Nat. Bank*, 874 F.2d 1177, 1183 (7th Cir. 1989).

With respect to Plaintiff Doris Walker's financial affidavit, the Court finds the information contained therein is insufficient to determine Plaintiff's ability to pay. Plaintiff's financial affidavit indicates she is responsible for four dependents (the co-Plaintiffs), but that she has zero income. As a non-incarcerated person, Ms. Walker must have some way of obtaining food, shelter and clothing on a day-to-day basis. She must specify what that means is. If Walker chooses to re-file her financial affidavit, she must give a complete picture of her finances. Failure to supply a realistic financial picture will result in denial of the application *in forma pauperis*.

For example, Walker failed to answer question 2.b, which asks her to state her last monthly salary. Additionally, question 6 asks whether she or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments. Walker responded "no," but then stated that any such property was "Unknown." Plaintiff made a similarly contradictory response to question 7. Either such property exists, or it

## STATEMENT

does not. Walker also failed to fully respond to questions 10 and 11, in which she identified individuals she claims are dependent upon her, but failed to state her relationship to each person and whether she is entirely responsible for those individuals support. Finally, Walker must indicate if she receives any unemployment benefits, food stamps, or Social Security payments. If Walker needs to file a written statement attached to the financial affidavit form she should do so. Plaintiff has 21 days to re-file an accurate financial affidavit or the motion to proceed *in forma pauperis* will be denied with prejudice.

As for the lawsuit itself, Plaintiffs assert that the Defendants conspired to violate their civil rights by removing Jimmy and Jimmiah Townes from their home, without probable cause, for monetary gain. While cursory, the complaint is not clearly frivolous and, if the financial issue is resolved, the Court will allow Plaintiffs to serve summons. If Walker does not file an updated *in forma pauperis* application within 21 days of the entry of this order, the motion will be denied.

As a final matter, the Court observes that Plaintiff may wish to avail herself of the assistance offered by the *Pro Se* Help Desk located on the 20th Floor of the Dirksen Federal Building. The Help Desk is available to assist Plaintiff should she have questions about the form of filings, matters of court procedures, and the like.